UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MIGUEL OROZCO, aka MICHAEL ) Case No. CV 07-7746-JHN(RC)
OCHOA, aka DOMINGO RAMOS,   )
                            )
            Petitioner      ) ORDER ADOPTING REPORT AND
                            ) RECOMMENDATION OF UNITED STATES
vs.                         ) MAGISTRATE JUDGE
                            )
KEN CLARK,                  )
                            )
            Respondent.     )
_____)


    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the
Petition and other papers along with the attached Report and
Recommendation of United States Magistrate Judge Rosalyn M. Chapman,
as well as petitioner's objections, and has made a de novo
determination.


    IT IS ORDERED that (1) the Report and Recommendation is approved
and adopted; (2) the Report and Recommendation is adopted as the
findings of fact and conclusions of law herein; and (3) Judgment shall
be entered denying the petition and dismissing the action with
prejudice.

1    IT IS FURTHER ORDERED that the Clerk shall serve copies of this

2  Order, the Magistrate Judge's Report and Recommendation and Judgment

3  by the United States mail on petitioner.

4

5  DATED:   April 5, 2010

6

7                                  _____
                                   JACQUELINE H. NGUYEN
8                                  UNITED STATES DISTRICT JUDGE

9

10

   R&Rs\07-7746.ado
11  2/1/10

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28