UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL OROZCO, aka MICHAEL OCHOA, aka DOMINGO RAMOS,<br><br>          Petitioner<br><br>vs.<br><br>KEN CLARK,<br><br>          Respondent. | Case No. CV 07-7746-JHN(RC)<br><br><br>JUDGMENT |

IT IS ADJUDGED that Judgment be entered denying the petition and dismissing the action with prejudice.

DATE: April 5, 2010

                              JACQUELINE H. NGUYEN
                              UNITED STATES DISTRICT JUDGE

R&R\07-7746.jud
2/1/10